# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                                          **NO.  3:06CV00179 GTE**

**JOHN MARK RIDGE, ET AL**                                      **DEFENDANTS**

## O R D E R

This case was filed on September 29, 2006.  Defendants John Mark Ridge and Deanna M. Ridge filed a Notice of Bankruptcy in this case on July 31, 2007, therefore this case should be administratively terminated, without prejudice to the rights of the parties to reopen the proceedings.

IT IS THEREFORE ORDERED that the Clerk shall administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown as to the Defendants John Mark Ridge and Deanna M. Ridge, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.  All pending motions are moot.

DATED this 27th day of March, 2008.

                                                                    _/s/Garnett Thomas Eisele_____
                                                                    UNITED STATES DISTRICT JUDGE