**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                          **NO. 3:06-CV-00179GTE**

**JOHN MARK RIDGE, DEANNA RIDGE,
JIMMY D. BOWMAN, EVELYN BOWMAN,
UNKNOWN TENANTS OF 200-A and 200-B
MARCELLA DRIVE, LAKE CITY, AR 72437,
AND BANK OF AMERICA, N.A.**                          **DEFENDANTS**

**ORDER**

Plaintiff United States initiated this case by filing a Complaint for Foreclosure on September 29, 2006. The case was administratively terminated on March 27, 2008, following the bankruptcy filing of Jimmy D. Bowman, Sr., and Evelyn Bowman. On March 3, 2008, the United States filed a motion to reopen the case, noting that the bankruptcy action had concluded. The motion was granted and the case was reopened on April 25, 2008. Since that time, Plaintiff has not filed any further pleadings in this case.

If the United States intends to pursue this action, it is directed to file promptly a motion for summary judgment or, alternatively, a pleading proposing its plan for the prompt resolution of this action. The deadline for doing so is **August 14, 2009.** Although trials are uncommon in foreclosure actions, if a trial needs to be scheduled, the Court proposes the week of **November 16, 2009** for the trial of this action.

**The United States is placed on notice that if it fails to respond to this Order by August 14, 2009, this case will be dismissed for lack of prosecution.**

IT IS SO ORDERED this <u>14th</u> day of July, 2009.

                                            _/s/Garnett Thomas Eisele_____
                                            UNITED STATES DISTRICT COURT