IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              No.  3:06CV00179 GTE

JOHN MARK RIDGE AND
DEANNA M. RIDGE, HIS WIFE;
JIMMY D. BOWMAN, AND
EVELYN BOWMAN, HIS WIFE;
UNKNOWN TENANTS OF
200 A & B MARCELLA DRIVE,
LAKE CITY, AR 72437; BANK OF AMERICA, N.A.
(Formerly Nations Bank, N.A.); AND REGIONS
BANK, N.A. (FORMERLY UNION PLANTERS BANK, N.A.)          DEFENDANTS


**ORDER**

At the request of the parties,

IT IS HEREBY ORDERED THAT all claims asserted by Defendant Bank of

America, N.A. in its counter-claim and cross-claim filed in this action be, and they are,

hereby, DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED THAT Bowman Brothers, Inc., be substituted as the

real party in interest in the place and stead of Defendant Bank of America and that

Defendant Bank of America be, and it is hereby, DISMISSED as a party to this action.

Defendant Bowman Brothers, Inc. will be represented by Arlon L. Woodruff, attorney of

record for Jimmy and Evelyn Bowman.

IT IS SO ORDERED THIS   2nd   day of October, 2009.


                                    _/s/Garnett Thomas Eisele_____
                                    UNITED STATES DISTRICT JUDGE