**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

v.                              **No.  3:06CV00179 GTE**

**JOHN MARK RIDGE AND DEANNA M. RIDGE, HIS WIFE;
JIMMY D. BOWMAN, AND EVELYN BOWMAN, HIS WIFE;
UNKNOWN TENANTS OF 200 A & B MARCELLA DRIVE,
LAKE CITY, AR 72437; BANK OF AMERICA, N.A.
(Formerly Nations Bank, N.A.); AND REGIONS
BANK, N.A. (FORMERLY UNION PLANTERS BANK, N.A.)**     **DEFENDANTS**

**ORDER CONFIRMING MARSHAL'S SALE**

Now on this day there is presented to the Court the report of sale of Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above captioned case on October 02, 2009.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Craighead County, Arkansas, for four weeks, the last publication being on April 14, 2010, and that the said sale was held at Craighad County Courthouse, Arkansas, on April 21, 2010, at 9:00 a.m., in conformity with the judgment of this Court.  At such sale a representative of the U.S. Department of Agriculture, Farm Services Agency, an agency of the United States of America, bid the sum of $42,000.00 and that being the highest and best bid offered, the property was then sold to the United States of America, acting by and through the U.S. Department of Agriculture, Farm Services Agency.

IT IS, THEREFORE, ORDERED that the actions of the United States Marshal in advertising and making such sale be, and the same are in all respects, and the expense items

reported by Clifton T. Massanelli, United States Marshal in the amount of $45.00 are hereby approved by the Court, and the purchase price of $42,000.00, is hereby credited against the debt owed to the United States of America.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. Clifton T. Massanelli, the United States Marshal in the Eastern District of Arkansas is directed forthwith to deliver the deed to the purchaser named in his report of sale and that said purchaser be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefor, directed to the United States Marshal in the Eastern District of Arkansas, who shall proceed to place the purchaser in possession of the property.

Dated: July 22, 2010

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE