**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                    No.  3:06CV00179 GTE

JOHN MARK RIDGE AND DEANNA M. RIDGE, HIS WIFE;
JIMMY D. BOWMAN, AND EVELYN BOWMAN, HIS WIFE;
UNKNOWN TENANTS OF 200 A & B MARCELLA DRIVE,
LAKE CITY, AR 72437; BANK OF AMERICA, N.A.
(Formerly Nations Bank, N.A.); AND REGIONS
BANK, N.A. (FORMERLY UNION PLANTERS BANK, N.A.)         DEFENDANTS

**ORDER OF DISTRIBUTION**

On April 21, 2010, at 9:00 a.m., at the front entrance of the Craighead County Courthouse, Jonesboro, Arkansas, the U.S. Marshal offered for sale the lands described in the consent judgment entered on October 02, 2009.  At such sale, U.S. Department of Agriculture, Farm Service Agency, were the highest and best bidders for the property, and the property was then sold to the said U.S. Department of Agriculture, Farm Service Agency.

On June 15, 2010, the U.S. Marshal for the Eastern District of Arkansas, received Check No. 30910, in the amount of $42,713.42, from United States Treasury for payment in full for the property.  In accordance with the terms of the judgment, it is hereby ORDERED that Clifton T. Massanelli, U.S. Marshal for the Eastern District of Arkansas, transfer the above mentioned funds to the U.S. Department of Agriculture, Farm Services Agency, 3201 Federal Building, 700 West Capitol, Little Rock, AR  72201, and notify Gwendolyn Hodge, Assistant United States Attorney, by sending copy of same.

    DATED: July 22    , 2010

                                          /s/ Garnett Thomas Eisele
                                          UNITED STATES DISTRICT JUDGE