**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                              **No.  3:06CV00179 GTE**

**JOHN MARK RIDGE AND DEANNA M. RIDGE, HIS WIFE;
JIMMY D. BOWMAN, AND EVELYN BOWMAN, HIS WIFE;
UNKNOWN TENANTS OF 200 A & B MARCELLA DRIVE,
LAKE CITY, AR 72437; BANK OF AMERICA, N.A.
(Formerly Nations Bank, N.A.); AND REGIONS
BANK, N.A. (FORMERLY UNION PLANTERS BANK, N.A.)**          **DEFENDANTS**

<u>**SECOND AMENDED ORDER OF DISTRIBUTION**</u>

On April 21, 2010, at 9:00 a.m., at the front entrance of the Craighead County

Courthouse, Jonesboro, Arkansas, the U.S. Marshal offered for sale the lands described in the

consent judgment entered on October 02, 2009.  At such sale, U.S. Department of Agriculture,

Farm Service Agency, were the highest and best bidders for the property, and the property was

then sold to the said U.S. Department of Agriculture, Farm Service Agency.

On June 15, 2010, the U.S. Marshal for the Eastern District of Arkansas, received Check

No. 30910, in the amount of $42,713.42, from United States Treasury for payment in full for the

property.  In accordance with the terms of the judgment, it is hereby **ORDERED** that Clifton T.

Massanelli, U.S. Marshal for the Eastern District of Arkansas, transfer out of the above

mentioned funds to:

1.      United States Marshal Service in the amount of $55.00, covering the process fee;

2.      The United States Attorney's Office, EDAR the amount of 1,855.36, covering the

costs incurred in this matter;

3.      Bowman Brother's Inc., c/o their attorney, Arlon L. Woodruff, Woodruff Law

Firm, P.A., 204 Corbean Blvd., Lake City, AR 72437, the amount of $18,232.08;

4.      Arlon L. Woodruff, Woodruff Law Firm, P.A., for attorney fees in the amount of

$1,823.20.

The remaining funds and accrued interest to be distributed to the U.S. Department of Agriculture,

Farm Services Agency, 3201 Federal Building, 700 West Capitol Avenue, Little Rock, AR

72201, and notify Gwendolyn Hodge, Assistant United States Attorney, by sending copy of same.

DATED: August 19, 2010

  /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE